UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CROMWELL, | Case No. 18-cv-06187-EMC |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S MOTION TO DISMISS** |
| KAISER FOUNDATION HEALTH PLAN, | Docket No. 15 |
| Defendant. | |

Currently pending before the Court is Kaiser's motion to dismiss. The Court orders Kaiser to file a copy of the plan. If plan terms formally changed with respect to the issue raised in Ms. Cromwell's complaint, Kaiser should provide both a copy of the old plan terms and the new plan terms. A copy of the plan shall be filed no later than January 23, 2019.

**IT IS SO ORDERED**.

Dated: January 18, 2019

_____
EDWARD M. CHEN
United States District Judge