UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CROMWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>　　　　Defendant. | Case No. 18-cv-06187-EMC<br><br>**SECOND ORDER RE DEFENDANT'S MOTION TO DISMISS**<br><br>Docket No. 15 |

Currently pending before the Court is Kaiser's motion to dismiss. Previously, the Court ordered Kaiser to file a copy of the plan. The Court now orders Kaiser to file a copy of the "Group Agreement" referred to in the plan. The filing shall be made by Friday, January 25, 2019.

**IT IS SO ORDERED**.

Dated: January 24, 2019

　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge